IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JUDE JEAN BAPTISTE PETITIONER

VERSUS CIVIL ACTION NO. 5:26-cv-1032-DCB-BWR

WARDEN, Adams County Correctional Center RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Jude Jean Baptiste's (A# 240-480-782) Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [1].[1] Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi. Having reviewed the Petition [1], the Court finds that further development of the record is necessary to consider this habeas petition.

**IT IS THEREFORE ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondent file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1], Motion for Temporary Restraining Order and Motion for Preliminary Injunction [2], and a copy of this Order upon the **Attorney General**

[1] Petitioner paid the filing fee on November 9, 2026.

**of the United States**, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D. C. 20530-0001.

**IT IS FURTHER ORDERED** that upon delivery of this Order via electronic service, the **Warden of Adams County Correctional Center (Warden)** shall download and take notice of the Petition [1] and Motion for Temporary Restraining Order and Motion for Preliminary Injunction [2] filed herein through procedures set forth in a Memorandum of Understanding between the Clerk of Court and the Warden. Such action shall constitute service on the Warden.

IT IS FURTHER ORDERED that upon delivery of this Order via electronic service, the **Civil Process Clerk** for the United States Attorney's Office for the Southern District of Mississippi (USA) on behalf of said **United States Attorney** shall download and take notice of the Petition [1] and Motion for Temporary Restraining Order and Motion for Preliminary Injunction [2] filed herein through procedures set forth in a Memorandum of Understanding between the Clerk of Court and the USAO. Such action shall constitute service on the United States Attorney.

**SO ORDERED**, this 20th day of November, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE